No. 875. HASKINS *v.* FEDERAL FARM MORTGAGE CORP. April 24, 1944. The application for a stay is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit is denied for the reason that

application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.